# Court of Appeals
# of the State of Georgia

ATLANTA,___March 01, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16I0141. SAMUEL ALTON BREWTON, III v. JAMES THOMAS MCKINLEY.

On January 14, 2106, the trial court denied defendant Samuel A. Brewton, III's motion for summary judgment. The trial court signed a certificate of immediate review on January 14, 2015, and Brewton filed this application for interlocutory appeal on February 13, 2016. We lack jurisdiction.

Under OCGA § 5-6-34 (b), an application for interlocutory appeal must be filed within 10 days of obtaining a timely certificate of immediate review. Here, Brewton filed this interlocutory application 30 days after entry of the certificate. The application is thus untimely and is hereby DISMISSED. See *Scruggs v. Georgia Dept. of Human Resources*, 261 Ga. 587, 589 (1) (408 SE2d 103) (1991) ("a party seeking appellate review from an interlocutory order must follow the interlocutory-application subsection, § OCGA § 5-6-34 (b), seek a certificate of immediate review from the trial court, and comply with the time limitations therein.").



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta,_____03/01/2016_____
     I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
     Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.